# GEOFFREY ST. ANDREW STEWART
## Attorney at Law

139 Fulton Street, Suite 508
New York, New York 10038
(212) 625-9696 office
(917) 721-1626 cell
(718) 374-6094 fax
geoffrey@geoffreystewartlaw.com

January 5, 2020

Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Luis Reyes, 18 CR 237 (VB)</u>

Dear Judge Briccetti:

> APPLICATION GRANTED
> SO ORDERED:
> /s/
> Vincent L. Briccetti, U.S.D.J.
> Dated: 1/6/2020
> White Plains, NY
> Sentencing adjourned to 4/22/2020 at 11:00 a.m.

My client, the above-referenced defendant Luis Reyes, is scheduled to appear before the court for sentencing on January 29, 2020. I am writing to request an adjournment of the sentencing to a date convenient to the court and the government preferably in April, 2020. The defense and the government have continued to confer throughout the period from the last scheduled appearance. Both sides expect that all relevant sentencing information should be available by then and that all sides should be ready to go forward with sentencing at that time.

I have conferred with AUSA Lindsey Keenan and she has no objection to this request. Thank you.

Sincerely,

*Geoffrey Stewart*

Geoffrey Stewart

cc: Michael D. Maimin
Assistant U.S. Attorney (via ECF)

Lindsey Keenan
Assistant U.S. Attorney (via ECF)

SDNY
DOCUMENT
ELECTRO[NICALLY FILED]
DOC #:
DATE: 1/6/20