# GEOFFREY ST. ANDREW STEWART
## Attorney at Law
145 Avenue of the Americas, 7th Floor
New York, New York 10013
(917) 721-1626
(718) 374-6094 fax
gstewart.defender@gmail.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 8/13/20*

> *Application Granted:*
> *Sentencing is re-scheduled until*
> *11-9-20 at 9:30 AM.*
> *Defendants sentencing memo is due*
> *on or before 10-26-20, Governments*
> *by 11-4-20.*
> *SO Ordered:*
>
> *[signature]*
> *USDJ  8-13-20*

August 13, 2020

Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Luis Reyes, 18 cr 237 (VLB)</u>
    *8 cr 351-5 (VB)*

Dear Judge Briccetti:

    I am the attorney for the defendant Luis Reyes who is scheduled to appear before you for sentencing at August 26, 2020. I am writing to request an adjournment of sentencing as the government and defense continue to discuss resolution of issues pertaining to the sentencing of Mr. Reyes. I would ask that the matter be adjourned for at least 60 days.

    I have spoken with AUSA Michael Maimen and he agrees and consents to this application.

    Thank you for taking the time to consider this submission.

Sincerely,

*Geoffrey Stewart*

Geoffrey S. Stewart

cc:    Michael Maimen, Esq.
        Assistant U.S. Attorney
        (by ECF & email)