UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_USA_,
Plaintiff(s),

v. _Reyes_,
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

_18 CR 237-3 (VB)_

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
✓ Sentencing

on _3/31_, 20_21_, at _2:30 pm_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _1/21/21_.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-6-_, 20_21_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge