# GEOFFREY ST. ANDREW STEWART
## Attorney at Law

145 Avenue of the Americas, 7th Fl.
New York, New York 10013
(212) 625-9696 office
(917) 721-1628 cell
(718) 374-6094 fax
gstewart.defender@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/21

March 25, 2021

APPLICATION GRANTED
SO ORDERED:

/s/ VLB

Vincent L. Briccetti, U.S.D.J.
Dated: 3/26/2021
White Plains, NY

Sentencing is adjourned to 6/7/2021 at 2:30 p.m., in person at the courthouse. Defendant's sentencing submission shall be filed by 5/24/2021. Government's submission shall be filed by 6/1/2021.

Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Luis Reyes, 18 CR 237 (VB)

Dear Judge Briccetti:

My client, the above-referenced defendant Luis Reyes, is scheduled to appear before the court for sentencing on April 1, 2021. I am writing to request an adjournment of the sentencing to a date convenient to the court and the government in the 60 day range. The defense and the government have continued to confer throughout the period from the last scheduled appearance. Both sides expect that all relevant sentencing information should be available by the next date and that all sides should be ready to go forward with sentencing at that time.

I have conferred with AUSA Michael Maimin and he has no objection to this request. Thank you.

Sincerely,

*Geoffrey Stewart*

Geoffrey Stewart

cc:   Michael D. Maimin
      Assistant U.S. Attorney (via ECF)